AO 243 (Rev. 2/95)

**PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | District: DISTRICT OF MINNESOTA |
| Name of Movant: ANTHONY RAY ESCOBAR | Prisoner No.: 15658-085 — Case No.: 02-129-ADM/RLE |
| Place of Confinement: FEDERAL CORRECTIONAL INSTITUTION VICTORVILLE CALIFORNIA | |

UNITED STATES OF AMERICA V. ANTHONY RAY ESCOBAR (name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack UNITED STATES DISTRICT COURT - DISTRICT OF MINNESOTA

2. Date of judgment of conviction FEBRUARY 26, 2003

3. Length of sentence 121 MONTHS

4. Nature of offense involved (all counts) Conspiracy to Distribute and Possess with Intent to Distribute in excess of 500 grams of Methamphetamine and Aiding and Abetting the the Distribution of in excess of 500 Grams of Methamphetamine.

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☐

RECEIVED
BY MAIL
FEB 0 3 2005
CLERK, US DIST. COURT
ST PAUL MN

SCANNED
FEB 0 4 2005
U.S. DISTRICT COURT ST. PAUL

AO 243 (Rev. 2/95)

9. If you did appeal, answer the following:

(a) Name of court U.S. COURT OF APPEALS EIGHTH CIRCUIT

(b) Result AFFIRMED

(c) Date of result DECEMBER 30, 2003

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court ______

(2) Nature of proceeding ______

(3) Grounds raised ______

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐ No ☒

(5) Result ______

(6) Date of result ______

(b) As to any second petition, application or motion give the same information:

(1) Name of court ______

(2) Nature of proceeding ______

(3) Grounds raised ______

AO 243 (Rev. 2/95)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒

(5) Result ____________________

(6) Date of result ____________________

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc. Yes ☐ No ☒
(2) Second petition, etc. Yes ☐ No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: THE SENTENCE IMPOSED IS NOW DEEMED UNCONSTITUTIONAL AS IT WAS NOT ADVISORY, BUT INSTEAD MANDATORY.

Supporting FACTS (state *briefly* without citing cases or law)
The Supreme Court has recently held that; "the Sentencing Guidelines are in fact unconstitutional and Could only Serve as advisory to determine the outcome of Sentence"

B. Ground two: IN LIGHT OF BLAKELY, BOOKER / FANFAN, AND APPRENDI, THE MANDATORY MINIMUM IS UNCONSTITUTIONAL

Supporting FACTS (state *briefly* without citing cases or law) The District Court's holding that this Petitioner "deserves a break, but Still within the mandatory minimom" IS SUBJECT OF CONSTITUTIONAL REVIEW...

C. Ground three: THE PLEA AGREEMENT IS CONSIDERED NULL AND VOID, AND REQUIRES THE COURT TO VACATE JUDGEMENT

Supporting FACTS (state *briefly* without citing cases or law) On Page 2, Par. 5 of the Plea Agreement reads "the defendant understands that he will be sentenced in accordance with the applicable Sentencing Guidelines under the Sentencing Reform Act of 1984, which now has been Severed and

AO 243 (Rev. 2/95)

excised...

D. Ground four:

Supporting FACTS (state *briefly* without citing cases or law)

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?

Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing THOMAS HAROLD SHIAH - 247 3rd AVENUE - SOUTH

MINNESOTA, MINNESOTA 55415

(b) At arraignment and plea " SAME"

(c) At trial N/A

(d) At sentencing " SAME "

AO 243 (Rev. 2/95)

(e) On appeal " SAME "

(f) In any post-conviction proceeding N/A

(g) On appeal from any adverse ruling in a post-conviction proceeding N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?

Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future:

(b) Give date and length of the above sentence:

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

Yes ☐ No ☒

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

IN PRO-SE

Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

1-29-05

(Date)

Signature of Movant