CR 02-129 ADM/RLE

ANTHONY RAY ESCOBAR
Petitioner

UNITED STATES OF AMERICA
Respondent(s)

**DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS**

I, ANTHONY R. ESCOBAR, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☒ Yes ☐ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. $18.25 per month P.O. Box 5300 Adelanto, Ca. 92301 Victorville Federal correctional complex

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. ________

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment? ☐ Yes ☒ No

   b. Rent payments, interest or dividends? ☐ Yes ☒ No

   c. Pensions, annuities or life insurance payments? ☐ Yes ☒ No

   d. Gifts or inheritances? ☒ Yes ■ No

   e. Any other sources? ☐ Yes ☒ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: I get from time to time from family $20.00 to $50.00 dollars every once an awhile. (2 or 3 months)

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)* ☐ Yes ☒ No

   If the answer is yes, state the total value of the items owned: ________

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No

   If the answer is yes, describe the property and state its approximate value: ________

SCANNED FEB 04 2005 U.S. DISTRICT COURT ST. PAUL

RECEIVED BY MAIL FEB 03 2005 CLERK, US DIST. COURT ST. PAUL, MN

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: At this time I am not in any condition to contribute any support to my daughter who's name is Alexa N. Diaz, Escobar.

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on 1-24-05
Date

[signature]
Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ 95.03 on account to his credit at the FCI 1 Victorville, CA institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution:

Federal Bureau of Prison
FCI 1 Victorville, CA
P.O. Box 5400
Adelanto CA 92301
(760) 246-2400
Contact: A. Reed / Counselor

Jan. 25, 2005
Date

Authorized Officer of Institution

SUBSCRIBED AND SWORN BEFORE ME
THIS Jan. DAY 25, 20 05
FEDERAL CORRECTIONAL COMPLEX, VICTORVILLE, CA
SAN BERNARDINO COUNTY
Title of Officer
D. Wells
CASE MANAGER
AUTHORIZED BY ACT OF CONGRESS JULY 7, 1955
TO ADMINISTER OATHS
(TITLE 18, U.S.C. SECTION 4004)

# Inmate Inquiry

PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 15658085 | **Current Institution:** | Victorville FCI |
| **Inmate Name:** | ESCOBAR, ANTHONY | **Housing Unit:** | A3/4 |
| **Report Date:** | 01/26/2005 | **Living Quarters:** | A03-330U |
| **Report Time:** | 8:40:52 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 0023 |
| FRP Participation Status: | Participating |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 7/12/2002 |
| Local Account Activation Date: | 4/7/2003 9:29:23 AM |
| Sort Codes: | |
| Last Account Update: | 1/25/2005 5:58:44 PM |
| Account Status: | Active |
| ITS Balance: | $1.56 |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $95.03 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $95.03 |
| National 6 Months Deposits: | $368.60 |
| National 6 Months Withdrawals: | $343.20 |
| National 6 Months Avg Daily Balance: | $12.38 |
| Local Max. Balance - Prev. 30 Days: | $100.03 |
| Average Balance - Prev. 30 Days: | $5.16 |

## Commissary History

### Purchases

| | |
|---|---|
| Validation Period Purchases: | $0.00 |
| YTD Purchases: | $203.85 |
| Last Sales Date: | 1/12/2005 5:50:22 PM |

### SPO Information

| | |
|---|---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

### Spending Limit Info

| | |
|---|---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Spending Limit: | $290.00 |
| Expended Spending Limit: | $0.00 |
| Remaining Spending Limit: | $290.00 |

## Commissary Restrictions

### Spending Limit Restrictions

| | |
|---|---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A |
| Restriction End Date: | N/A |

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

**Comments:**

# All Transactions

PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 15658085 | Current Institution: | Victorville FCI |
| Inmate Name: | ESCOBAR, ANTHONY | Housing Unit: | A3/4 |
| Report Date: | 01/26/2005 | Living Quarters: | A03-330U |
| Report Time: | 8:41:03 AM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 1/25/2005 5:58:44 PM | AMService | ITS Withdrawal | ($5.00) | ITS0125 | | $95.03 |
| 1/25/2005 5:16:26 AM | AMSERVICE | Lockbox - CD | $100.00 | 70124901 | | $100.03 |
| 1/12/2005 5:50:22 PM | VIM3018 | Sales | ($19.70) | 19 | | $0.03 |
| 1/10/2005 2:35:51 PM | VIM2005 | Payroll - IPP | $18.60 | FCI0020 | | $19.73 |
| 12/22/2004 5:55:21 PM | VIM3009 | Sales | ($51.95) | 155 | | $1.13 |
| 12/18/2004 5:10:29 AM | AMSERVICE | Lockbox - CD | $50.00 | 70122401 | | $53.08 |
| 12/15/2004 10:12:27 PM | AMService | ITS Withdrawal | ($2.00) | ITS1215 | | $3.08 |
| 12/15/2004 6:30:01 PM | AMService | ITS Withdrawal | ($2.00) | ITS1215 | | $5.08 |
| 12/15/2004 5:16:48 PM | VIM3011 | Sales | ($42.95) | 13 | | $7.08 |
| 12/14/2004 5:36:20 AM | AMSERVICE | Lockbox - CD | $50.00 | 70122001 | | $50.03 |
| 12/10/2004 1:21:39 PM | VIM2005 | FRP Quarterly Pymt | $0.00 | 002014 | | $0.03 |
| 12/1/2004 5:47:13 PM | VIM3009 | Sales | ($50.85) | 15 | | $0.03 |
| 11/27/2004 12:34:50 PM | AMService | ITS Withdrawal | ($5.00) | ITS1127 | | $50.88 |
| 11/25/2004 8:35:55 AM | AMService | ITS Withdrawal | ($6.00) | ITS1125 | | $55.88 |
| 11/25/2004 5:07:05 AM | AMSERVICE | Lockbox - CD | $50.00 | 70120805 | | $61.88 |
| 11/23/2004 5:34:56 PM | VIM3009 | Sales | ($38.40) | 93 | | $11.88 |
| 11/16/2004 5:13:29 AM | AMSERVICE | Lockbox - CD | $50.00 | 70120104 | | $50.28 |
| 11/10/2004 3:32:16 PM | VIM3011 | Sales | $0.00 | 16 | | $0.28 |
| 10/27/2004 4:05:06 PM | VIM3011 | Sales | $0.00 | 39 | | $0.28 |
| 9/16/2004 7:54:10 PM | AMService | ITS Withdrawal | ($4.00) | ITS0916 | | $0.28 |
| 9/16/2004 4:18:04 PM | VIM3015 | Sales | ($11.25) | 67 | | $4.28 |
| 9/10/2004 10:24:31 AM | VIM2005 | FRP Quarterly Pymt | $0.00 | 002058 | | $15.53 |
| 9/9/2004 4:16:09 PM | VIM3015 | Sales | ($13.65) | 50 | | $15.53 |
| 9/5/2004 7:58:52 PM | AMService | ITS Withdrawal | ($1.00) | ITS0905 | | $29.18 |
| 9/3/2004 6:39:49 PM | AMService | ITS Withdrawal | ($6.00) | ITS0903 | | $30.18 |
| 9/2/2004 4:36:39 PM | VIM3012 | Sales | ($14.15) | 80 | | $36.18 |
| 9/2/2004 6:17:44 AM | AMSERVICE | Lockbox - CD | $50.00 | 70115104 | | $50.33 |
| 8/26/2004 4:55:04 PM | VIM3012 | Sales | ($1.60) | 120 | | $0.33 |
| 8/19/2004 4:24:58 PM | VIM3012 | Sales | ($8.35) | 119 | | $1.93 |
| 8/12/2004 4:14:30 PM | VIM2001 | Sales | ($20.35) | 27 | | $10.28 |
| 8/6/2004 10:09:44 AM | VIM3012 | Sales | $13.00 | 1 | | $30.63 |
| 8/5/2004 2:50:11 PM | VIM3012 | Sales | ($28.35) | 77 | | $17.63 |
| 7/29/2004 4:11:38 PM | VIM3014 | Sales | ($23.65) | 70 | | $45.98 |
| 7/22/2004 3:56:19 PM | VIM3012 | Sales | ($20.20) | 56 | | $69.63 |
| 7/14/2004 6:29:41 AM | AMSERVICE | Lockbox - CD | $50.00 | 70111502 | | $89.83 |
| 6/17/2004 4:04:51 PM | VIM3011 | Sales | ($4.90) | 37 | | $39.83 |
| 6/9/2004 4:09:09 PM | VIM3008 | Sales | ($2.70) | 32 | | $44.73 |
| 6/9/2004 10:56:08 AM | VIM2001 | FRP Quarterly Pymt | ($25.00) | 002045 | | $47.43 |
| 6/4/2004 7:54:27 PM | AMService | ITS Withdrawal | ($5.00) | ITS0604 | | $72.43 |
| 5/20/2004 2:17:42 PM | VIM2002 | Local Collections | $50.00 | 19616 | | $77.43 |
| 5/13/2004 3:47:59 PM | VIM3011 | Sales | $0.00 | 60 | | $27.43 |
| 5/6/2004 2:09:31 PM | VIM3011 | Sales | ($4.85) | 43 | | $27.43 |
| 4/29/2004 3:58:11 PM | VIM3011 | Sales | ($22.20) | 31 | | $32.28 |

1