CR 02-129

# CERTIFICATE OF SERVICE

I, ANTHONY RAY ESCOBAR hereby certify that I have served a true and correct copy of the following:

**PETITION UNDER 28 U.S.C.§ 2255 /**

**DECLARATION IN SUPPORT OF FORMA PAUPERIS**

Which is deemed filed at the time it was delivered to prison authorities for forwarding, **Houston v. Lack**, 101 L.Ed.2d 245 (1988), upon the defendant/ defendants and or his attorney/attorneys of record, by placing same in a sealed, postage prepaid envelope addressed to:

**CLERK, U.S. DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**316 N. PAUL STREET, RM 708**
**St. PAUL, MINNESOTA 55101-1460**

**U.S. ATTORNEY'S OFFICE**
**c/o CHRIS WILTON, A.U.S.A.**
**600 UNITED STATES COURTHOUSE**
**300 S. FOURTH STREET**
**MINNEAPOLIS, MINNESOTA 55415**

**and deposited same in the United States Mail** at the **FCI VICTORVILLE, CALIFORNIA.**

I declare, under penalty of perjury (Title 28 U.S.C. §1746), that the foregoing is true and correct.

Dated this **25th** day of **JANUARY**, 20**05**.

**ANTHONY RAY ESCOBAR, Petitioner**

55

cc: copy/all concerned