UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 05-250 (ADM)
Cr. No. 02-129(ADM/RLE)

| | |
|---|---|
| ANTHONY RAY ESCOBAR,<br><br>Defendant-Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff-Respondent. | MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION PURSUANT TO 28 U.S.C. § 2255 |

The United States of America, appearing through its attorneys, Thomas B. Heffelfinger, United States Attorney, and Chris S. Wilton, Assistant United States Attorney, hereby moves the Court for an enlargement of time in which to respond to Escobar's motion for to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

The government's response is due on March 7, 2005. However, government counsel is scheduled to begin a one week trial on March 10, 2005. As a result, the government respectfully requests an extension to, and including, April 4, 2005, to prepare and file its response.

Respectfully submitted,

Dated: March _4_, 2005.

THOMAS B. HEFFELFINGER
United States Attorney

*s/Erica H. MacDonald for*

BY: CHRIS S. WILTON
Assistant U.S. Attorney
Attorney ID No. 252049