UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 05-250 ADM
Criminal No. 02-129 ADM/RLE

| | |
|---|---|
| ANTHONY RAY ESCOBAR,<br><br>Defendant-Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff-Respondent. | CERTIFICATE OF SERVICE |

I hereby certify that on March 4, 2005, I served, or caused to be served, the following document:

MOTION FOR ENLARGEMENT OF TIME TO RESPOND
TO DEFENDANT'S MOTION PURSUANT TO 28 U.S.C. § 2255

I certify, further, that I electronically filed the above-listed document with the Clerk of the Court by using ECF, pursuant to the ECF Procedures for the District of Minnesota.

I certify, further, that I served, or caused to be served the above-listed document to non-ECF participant by placing a copy in an envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address and delivery by mail to:

Anthony Ray Escobar
Reg. No. 15658-085
FCI Victorville
P.O. Box 5300
Adelanto, CA 92301

THOMAS B. HEFFELFINGER
United States Attorney

*s/Erica H. MacDonald for*

BY: CHRIS S. WILTON
Assistant U.S. Attorney