UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 05-250 (ADM)
Cr. No. 02-129(ADM/RLE)

ANTHONY RAY ESCOBAR,

Defendant-Petitioner,

v.

UNITED STATES OF AMERICA,

Plaintiff-Respondent.

ORDER

The above-entitled matter is before the undersigned United States Judge, pursuant to Plaintiff-Respondent's request for enlargement of time.

WHEREFORE IT IS ORDERED,

That the United States shall have until April 4, 2005, in which to respond to Defendant-Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

Dated: March 8, 2005

s/Ann D. Montgomery

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT