# CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2005, I served, or caused to be served, the following documents:

**GOVERNMENT OPPOSITION TO DEFENDANT'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255**

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

**Anthony Ray Escobar**
#15658-085
FCI Victorville
PO Box 5300
Adelanto, CA 92301

THOMAS B. HEFFELFINGER
United States Attorney

s/ Chris S. Wilton - NLC

BY: CHRIS S. WILTON
Assistant U.S. Attorney
Attorney ID No. 252049