ANTHONY RAY ESCOBAR
REG.#15658-085
FCI VICTORVILLE 1
P.O. BOX 5300
ADELANTO, CA. 92301
In Pro-se

RECEIVED
BY MAIL
APR 18 2005
CLERK, US DIST. COURT
ST. PAUL, MN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| ANTHONY RAY ESCOBAR, | ] | **No. 05-250-(ADM)** |
| Petitioner | ] | **CR No. 02-129-(ADM/RLE)** |
| | ] | |
| v. | ] | **MOTION IN REQUEST FOR EXTENSION** |
| | ] | **OF TIME TO SUBMIT A TIMELY REPLY** |
| UNITED STATES OF AMERICA, | ] | **TO GOVERNMENT'S OPPOSITION TO** |
| Respondent | ] | **DEFENDANT'S § 2255 MOTION.** |
| | ] | |

______________________________/

**COMES NOW,** the Petitioner ANTHONY RAY ESCOBAR, acting in Pro-se and hereby respectfully submits this "Motion In Request For Extension of Time To Submit a Timely Reply To Government's Opposition...," and hereby states the following:

SCANNED
APR 18 2005
U.S. DISTRICT COURT ST. PAUL

1. On or about January 25, 2005, this Petitioner submitted a Motion pursuant to 28 U.S.C.§ 2255.

2. The Government's Response was due on March 7, 2005, however sought for enlargement of time to submit it's response by April 4, 2005.

3. Because this Petitioner is in fact a Pro-se litigant and depends on other inmate Law Clerk(s) to adequately prepare and research this matter, an extension of time is of essence in furtherance of this case.

RELIEF SOUGHT

**WHEREFORE**, this Petitioner respectfully prays upon this Honorable Court for relief by virtue of granting an extension of time to adequately submit a timely reply to government's opposition. An extension of 10 days is very much appreciated in furtherance of this matter.

Respectfully Submitted
on this 12th day of April, 2005

ANTHONY RAY ESCOBAR, Petitioner