CR 02-129 ADM/RLE

# CERTIFICATE OF SERVICE

I, ANTHONY RAY ESCOBAR hereby certify that I have served a true and correct copy of the following:

MOTION IN REQUEST FOR EXTENSION OF TIME

Which is deemed filed at the time it was delivered to prison authorities for forwarding, **Houston v. Lack**, 101 L.Ed.2d 245 (1988), upon the defendant/defendants and or his attorney/attorneys of record, by placing same in a sealed, postage prepaid envelope addressed to:

U.S. DISTRICT COURT
DISTRICT OF MINNESOTA
C/O CLERK OF COURT
316 N. ROBERT ST.
ST. PAUL, MINNESOTA 55101-1460

U.S. ATTORNEY'S OFFICE
DISTRICT OF MINNESOTA
300 S. FOURTH ST.
MINNEAPOLIS, MN. 55415

**and deposited same in the United States Mail at** the F.C.I. VICTORVILLE, CALIFORNIA

I declare, under penalty of perjury (Title 28 U.S.C. §1746), that the foregoing is true and correct.

Dated this 12th day of April, 2005.

x [signature]

ANTHONY RAY ESCOBAR