UNITED STATES OF AMERICA
DISTRICT OF MINNESOTA

ANTHONY RAY ESCOBAR,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

ORDER

Criminal No. 02-129(ADM/RLE)

---

Before the court is Petitioner's Motion for Extension of Time to Submit a Timely Reply to Government's Opposition to Defendant's § 2255 Motion. After a review of the files and records herein, IT IS HEREBY ORDERED that this motion is GRANTED. Petitioner shall have until May 2, 2005, to file such reply.

Dated: April 22, 2005

s/Ann D. Montgomery

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT