# CERTIFICATE OF SERVICE

I, ANTHONY RAY ESCOBAR hereby certify that I have served a true and correct copy of the following:

**REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S § 2255 MOTION**

Which is deemed filed at the time it was delivered to prison authorities for forwarding, **Houston v. Lack**, 101 L.Ed.2d 245 (1988), upon the defendant/defendants and or his attorney/attorneys of record, by placing same in a sealed, postage prepaid envelope addressed to:

CLERK, U.S. DITRICT COURT
DISTRICT OF MINNESOTA, RM 708
316 N. ROBERT STREET
ST. PAUL, MINNESOTA 55101-1460

U.S. ATTORNEY'S OFFICE
DISTRICT OF MINNESOTA
600 U.S. COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS, MN. 55415

**and deposited same in the United States Mail** at the FCI VICTORVILLE, CALIFORNIA

I declare, under penalty of perjury (Title 28 U.S.C. §1746), that the foregoing is true and correct.

Dated this 17th day of APRIL, 20 05.

[signature]

ANTHONY RAY ESCOBAR, Petitioner

cc: copy/all concerned

SCANNED
APR 25 2005
U.S. DISTRICT COURT ST. PAUL