ANTHONY RAY ESCOBAR
REG.#15658-085
F.C.I. VICTORVILLE 1
P.O. BOX 5300
ADELANTO, CALIFORNIA 92301
In Pro-se

RECEIVED
BY U.S. MAIL
2005 MAY 16 AM 8:53
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| ANTHONY RAY ESCOBAR, | CV No. 05-250-ADM |
| Petitioner/Appellant | CR No. 02-129(1)ADM/RLE |
| | Certificate of Appealability |
| v. | NOTICE OF APPEAL FROM THE DENIAL |
| | OF 28 U.S.C.§ 2255 MOTION. |
| UNITED STATES OF AMERICA, | |
| Respondent/Appellee | DATE: MAY 13, 2005 |

**PLEASE TAKE NOTICE,** that on this date, the Petitioner/Appellant ANTHONY RAY ESCOBAR does hereby appeal to the Eighth Circuit Court of Appeals the denial of the 28 U.S.C.§ 2255 filings, specifically on the fact that the district court abused it's discretion in not resentencing de novo under the Blakely/Booker advisory guideline regime, and that Blakely v. Washington, 124 S.Ct. 2531(2004) does deem the United States Sentencing Guidelines unconstitutional, and is applicable to this Petitioner/Appellant's cause.

SCANNED
MAY 16 2005
U.S. DISTRICT COURT MPLS

DATED: 5-12-05

[signature]

ANTHONY RAY ESCOBAR,

Petitioner/Appellant