# CERTIFICATE OF SERVICE

I, ANTHONY RAY ESCOBAR hereby certify that I have served a true and correct copy of the following:

**"NOTICE OF APPEAL"**

Which is deemed filed at the time it was delivered to prison authorities for forwarding, **Houston v. Lack**, 101 L.Ed.2d 245 (1988), upon the defendant/defendants and or his attorney/attorneys of record, by placing same in a sealed, postage prepaid envelope addressed to:

**CLERK, U.S. DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**U.S. COURTHOUSE, SUITE 202**
**300 SOUTH FOURTH STREET**
**MINNEAPOLIS, MN. 55415**

and deposited same in the United States Mail at the **FCI VICTORVILLE 1, CALIFORNIA**

I declare, under penalty of perjury (Title 28 U.S.C. §1746), that the foregoing is true and correct.

Dated this 13 day of MAY, 2005.

[signature]

**ANTHONY RAY ESCOBAR, Petitioner/Appellant**

SCANNED
MAY 16 2005
U.S. DISTRICT COURT MPLS